IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF ALABAMA EASTERN DIVISION
CIVIL ACTION NO. 3:14cv-356WHA

RECEIVED
2014 JUN -9
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA,

Plaintiff

V

NINETY SIX THOUSAND THREE
HUNDRED SEVENTY ($96,370.00)
DOLLARS IN U.S. CURRENCY,

Defendant.

Claim

February 14th 2014

DRUG ENFORCEMENT ADMINISTRATION
ASSET FORFEITURE SECTION
FORFEITURE RESPONSE
HQs FORFEITURE RESPONSE
P. O. Box 1475
Quantico, VA. 22134-1475

CLAIM OF ARNOLD GRANT
SSN #█████5041
████████
MACON, GA. 31217

Dear Sir/Madam:

I wish to file a Claim for $96,370.00; U.S. Currency value of $96,370.00 for my legal earned money which was illegally seized in Valley Alabama from my son:
Willie Adam Grant on December 17th, 2013
Asset ID 14DEA-549, Case number K1-140014.

I am including with this claim my yearly earnings statement from 1964 to 2009 as proof of my income, and also I am including correspondence from the Internal Revenue Service in Lieu of my tax verifying my corporation with the I. R. S...

If you may have any questions, you can reach me at the above address or at 404-503-6397.

Under penalty of perjury, I declare that the facts presented in this claim and in any accompanying documents are to the best of my knowledge and belief, true, correct and complete.

Sincerely,

Arnold Grant

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____DIVISION

## CERTIFICATE OF SERVICE

I, *Arnold Grant* , do hereby Certify that a true and correct copy of the foregoing has been furnished by *Hand Deliver* (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 9 day of *June* 20 14 to:

To: Assistant United States
Attorney Tommie Brown Hardwick
office of the united States Attorney, Middle District
of Alabama, 131 Clayton Street, Post office Box 197,
Montgomery Alabama          36101-0197

6-9-2014                          *Arnold Grant*
Date                              Signature